IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT CO~
NORTHERN DISTRICT O~

FILED

MAR - 6 2014

CLERK, U.S. DISTRICT COU~
By _____
Deputy

| | | |
|---|---|---|
| DENNIS ASHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-831-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

On January 28, 2014, the court received the proposed findings and conclusions and the recommendation of the magistrate judge (hereinafter "FC & R") to whom the above-captioned action was referred.  On February 7, 2014, the court received objections by plaintiff, Dennis Asher, to the FC & R, and on February 21, 2014, the court received the response of the Commissioner of Social Security Administration to those objections.  After having considered the pertinent parts of the record, the court has concluded that the recommendation of the magistrate judge that the court affirm the Commissioner's decision is correct, and that the proposed findings and conclusions of the magistrate judge should be, and are hereby, adopted.  Therefore,

The court ORDERS that the decision of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, that based on the applications filed on March 26, 2007, plaintiff, Dennis Asher, is not entitled to a period of disability or disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(i) and 423, respectively, and is not eligible for supplemental security income under the Act, 42 U.S.C. §§ 1382 and 1382(c), be, and is hereby, affirmed.

SIGNED March 6, 2014.

_____
JOHN McBRIDE
United States District Judge